JON M. SANDS
Federal Public Defender
ÁNGELES RODRÍGUEZ-MADERA
Assistant Federal Public Defender
Puerto Rico Bar No. 20912
407 W. Congress St., Suite 501
Tucson, AZ  85701
Telephone: (520) 879-7500
*Angeles_Rodriguez-Madera@fd.org*
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>vs.<br><br>Kevin Stennis Gordon,<br>Defendant | No. CR4:21-00954-TUC-JAS (BGM)<br><br>**DEFENDANT'S MOTION FOR RECONSIDERATION OF DETENTION** |

On May 13th, 2021, Mr. Gordon was ordered detained, regardless of being found suitable for residential treatment at Community Bridges, Inc. [ECF 15] At the time of the hearing, the Magistrate Judge noted that even if the defendant was found suitable, there was an active warrant pending in Tucson City Court.  Undersigned counsel researched the matter and found no active warrants pending against Mr. Gordon.  The only matter pending is a misdemeanor matter scheduled for September 14, 2021 in Tucson City Court.  It appears that there is no warrant issued in that case.

Therefore, this should not be an impediment for the Court to release Mr. Gordon to Community Bridges for him to get the treatment necessary to address the substance abuse problems he has struggled with.

In light of this information, Mr. Gordon respectfully request that the detention

hearing be reopened and that he be released to the residential facility.

   RESPECTFULLY SUBMITTED:  July 9th, 2021.

                  JON M. SANDS
                  Federal Public Defender

                  *s/Ángeles Rodríguez-Madera*
                  **Ángeles Rodríguez-Madera**
                  Assistant Federal Public Defender