JON M. SANDS
Federal Public Defender
ÁNGELES RODRÍGUEZ-MADERA
Puerto Rico Bar No. 20912
Email: Angeles_Rodriguez-Madera@fd.org
Assistant Federal Public Defender
407 W. Congress St., Suite 501
Tucson, AZ  85701
Telephone: (520) 879-7500
Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| United States of America,<br>Plaintiff,<br><br>vs.<br><br>Kevin Stennis Gordon,<br>Defendant. | CR21-00954-TUC-JAS(BGM)<br><br>MOTION TO WITHDRAW AS COUNSEL OF RECORD AND TO APPOINT NEW COUNSEL<br><br>(No Oral Argument) |
|---|---|

It is expected that excludable delay under Title 18 USC § 3161(h)(1)(F) will occur as a result of this motion or an order based thereon.

On behalf of defendant, Kevin Stennis Gordon, and pursuant to Rules 12 and 45(b) Fed. R. Crim. P.; LRCrim. P. 57.14; and LRCiv. P. 83.3(b)(2), Assistant Federal Public Defender Angeles Rodriguez-Madera, counsel for the Defendant, hereby moves to withdraw as counsel in this case.

Mr. Gordon is requesting a new attorney based on lack of confidence in his representation by assigned attorney. Additionally, the client/attorney communication has broken down to an irreconcilable degree.

As a result of the above-mentioned lack of confidence and communication, counsel has been unable to reasonably work with the defendant to the extent reasonably necessary to permit the defendant to make informed decisions regarding the representation. Such

irreconcilable differences and lack of communication are valid legal grounds for appointment of new counsel. United States v. Nguyen, 262 F.3d 998, 1004 (9th Cir. 2001); United States v. Moore, 159 F.3d 1154, 1159-60 (9th Cir. 1998); United States v. McClendon, 782 F.2d 785, 789 (9th Cir. 1986). The same differences constitute good cause for withdrawal of counsel under LRCiv. P. 83.3(b)(3).

For the above-stated reasons, it is respectfully requested that the Court permit the Federal Public Defender and undersigned counsel to withdraw and appoint new counsel to represent Mr. Gordon.

For this reason, it is respectfully requested that the Court appoint new counsel for the defendant under the Criminal Justice Act Panel.

RESPECTFULLY SUBMITTED:     February 15, 2022

JON M. SANDS
Federal Public Defender

*s/Ángeles Rodríguez-Madera*
ÁNGELES RODRÍGUEZ-MADERA
Assistant Federal Public Defender