**RUSING LOPEZ & LIZARDI, P.L.L.C.**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520) 529-4262
Mark D. Lammers (AZ # 010335)
mdlammers@rllaz.com
*Attorney for Defendant, Kevin Stennis Gordon*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Kevin Stennis Gordon,<br><br>    Defendant. | Case No. 4:21-cr-00954-JAS-BGM<br><br>**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT** |

Undersigned counsel, Mark D. Lammers, counsel for Defendant, Kevin Stennis Gordon, in the above-captioned action, requests that the Honorable Court enter an order allowing him to withdraw as counsel for Defendant. The Defendant expressed recently that he does not wish undersigned counsel to represent him. Mr. Gordon alleges that he sent a letter to Your Honor stating the same.

Based on the foregoing, undersigned counsel respectfully requests that the Court enter an order allowing his withdrawal in this matter.

DATED this May 27, 2022.

**RUSING LOPEZ & LIZARDI, P.L.L.C.**

*/s/ Mark D. Lammers*
Mark D. Lammers
*Attorney for Defendant, Kevin Stennis Gordon*

56821386_1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this May 27, 2022, via Notice of Electronic Filing, generated and transmitted by the ECF system of the District of Arizona, to all counsel of record.

By: */s/ Elizabeth S. Machin*